UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: LYNNE S BURCHETT ) Case No. 09 B 34348
) 
) Chapter 13
Debtor )
) Judge: JACK B SCHMETTERER

### ORDER DISMISSING CASE FOR FAILURE TO FILE
### CREDIT COUNSELING CERTIFICATE

Having heard the facts presented, the Court finds that the debtor has failed to file with the petition proof of credit counseling as required by U.S.C. §521(b) and Bankruptcy Rule 1007(c).

IT IS THEREFORE ORDERED that the case is dismissed for cause pursuant to 11 U.S.C. § 1307(c).

ENTERED _____    JUDGE  10/15/05 _____

OCT 14 2009

TOM VAUGHN
CHAPTER 13 TRUSTEE
200 S MICHIGAN AVE #1300
CHICAGO ILLINOIS 60604-2402
(312) 294-5900